In re HENDERSON. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) In the matter of the judicial settlement of the account of Peter E. Henderson, as the executor of the last will and testament of Stephen L. Henderson, deceased. No opinion. Application for leave to appeal to the court of appeals granted, and order settled. Application to resettle order of reversal on appeal granted, by adding the words "payable out of the funds of the estate." See 53 N. Y. Supp. 957.

HENDERSON, Respondent, v. BARTLETT, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Angelina A. Henderson against Maria H. N. Bartlett, as executrix of the last will and testament of Edward B. Bartlett, deceased. No opinion. Motion for reargument denied.

HENRIQUES et al. v. GARSON et al. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Leila O. Henriques and another against Minnie Garson, impleaded. No opinion. Motion granted, with $10 costs, unless appellant, within five days after notice of entry of order, file all necessary papers to put case on calendar. See 49 N. Y. Supp. 1074, 1076.

HENRIQUES et al. v. TROWBRIDGE et al. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Leila O. Henriques and another against Henrietta O. Trowbridge, impleaded. No opinion. Motion granted, with $10 costs, unless appellant, within five days after notice of entry of order, file all necessary papers to put case on calendar. See 50 N. Y. Supp. 108.

HEYMAN, Respondent, v. EASTERN BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Isidor Heyman against the Eastern Brewing Company. No opinion. Order modified so as to direct a bill of particulars as to sums expended for "medicines, liniments, and medical and surgical treatment," and, as modified, affirmed, without costs.

HIGGINS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Mary Higgins against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. L. W. Stotesbury, for respondent. No opinion. Judgment affirmed, with costs.

HIRSCH, Respondent, v. RUBEN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Joseph Hirsch against Julian J. Ruben and others. F. Bien, for appellants. D. M. Porter, for respondent. No opinion. Judgment affirmed, with costs.

H. KOEHLER & CO., Appellant, v. REINHEIMER, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by H. Koehler & Co. against Isaac Reinheimer. L. Bronner, for appellant. I. M. Dittenhoefer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 49 N. Y. Supp. 755.

HOSEY v. LOUNSBURY. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by John Hosey against George E. Lounsbury. No opinion. Motion granted, with $10 costs.

HOWARD, Respondent, v. PORT CHESTER ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by James L. Howard against Port Chester Street-Railway Company. No opinion. Order modified, on argument, so as to limit the injunction to the part of the street in front of the plaintiff's premises, with $10 costs and disbursements to the appellant.

HOWE, Respondent, v. VILLAGE OF OWEGO, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Sylvester Howe against the village of Owego. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., not acting.

HURLBURT v. VILLAGE OF MACEDON. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Addie M. Hurlburt against the village of Macedon. No opinion. Motion denied, with $10 costs. See 53 N. Y. Supp. 1106.

JEFFERS, Respondent, v. McLENNAN FRENCH PAINT CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by John G. Jeffers against the McLennan French Paint Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WARD, J., who dissents.